■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

John Aniano, Appellant. [625 NYS2d 784] —Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Harrington, J.), imposed September 27, 1994.

Ordered that the sentence is affirmed, and the matter is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mangano, P. J., Bracken, O'Brien, Pizzuto and Goldstein, JJ., concur.